1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff
   Arthur Owens

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| ARTHUR OWENS, | ) No.  1:15-cv-01046-SAB |
|---|---|
| Plaintiff, | ) **STIPULATION FOR DISMISSAL OF** |
| vs. | ) **ACTION;  ORDER** |
| LITTLE ROCK MANAGEMENT, INC., dba ARBY'S #1967, et al., | ) |
| Defendants. | ) |

Page 1

IT IS HEREBY STIPULATED by and between Plaintiff Arthur Owens and Defendants Little Rock Management, Inc., dba Arby's #1967, and Star Fresno Properties, LLC, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: January 27, 2016					MOORE LAW FIRM, P.C.


							*/s/ Tanya E. Moore*
							Tanya E. Moore
							Attorney for Plaintiff,
							Arthur Owens

Dated: January 27, 2016


							*/s/ William Beck*
							William Beck
							Rahel Goharchin
							Attorneys for Defendants,
							Little Rock Management, Inc., dba
							Arby's #1967, and Star Fresno Properties, LLC

I attest that the original signature of the person whose electronic signature is shown above is maintained by me, and that his concurrence in the filing of this document and attribution of his signature was obtained.

							*/s/ Tanya E. Moore*
							Tanya E. Moore, Attorney for
							Plaintiff, Arthur Owens

///

///

///

**<u>ORDER</u>**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. Each party shall bear its own attorney's fees and costs.

IT IS SO ORDERED.

Dated:  **January 27, 2016**

UNITED STATES MAGISTRATE JUDGE